Good morning your honors and may it please the court. My name is Cheryl Andrews. I'm an attorney at the Holton Law Firm in Winston-Salem, North Carolina and I am here today to represent the appellant Lashaun Christopher Bolton. In the brief that we filed several issues were raised but with the permission of the court I would like to focus today on one particular issue that I believe is one of the most important issues not only for Mr. Bolton's case but also for the district. That particular issue is whether or not there needs to be a separate analysis when the court is determining whether or not to apply the sentencing guidelines 2d 1.1 b2 decision about whether or not a dangerous weapon was possessed and the United States sentencing guidelines 2d 1.1 b4 which applies the 5c 1.2 elements commonly referred to as the safety valve and the language in that particular statute in subsection 2 states that the defendant did not did not possess a firearm in connection with the offense. The language that the court made and it's ruling and deciding this case would tend to indicate that the court believes that the law was that once it determined that the 2d 1.1 b2 dangerous weapon was possessed in the passive tense is a term is determined to imply that the court then need not perform a separate. In this case in making the findings on 2d 1 didn't the court conclude that the gun was possessed during the commission of the crime of in the house where there was there were drugs and there was money and it was in open view isn't that conclusion necessarily in connection with the drug crime if he made that finding justice Niemeyer I believe I come and say that recognize the distinction which the you can satisfy 2d 1 easier than you can satisfy the the the gate for as you point out but the difference is in connection with right correct yeah and and but in this case in finding 2d 1 it seems to me he necessarily found that it was in drug crime because of the timing and the locale the timing was while the drugs were possessed in the house the money was in the house the house was used as a drug distribution place and the gun was openly present there it seems to me it's a hard road to hoe to say that would not satisfy the gate on which requires in connection with but that that in other words I think your argument it's a very sophisticated argument and it's very important but I'm just not sure the facts here would lead to the need to discuss it at any length would it well your honor um respectfully I I believe that when the court and in the court's secondary memorandum of clarification of its ruling the court focused primarily on the fact that the law has found that mere presence or proximity of weapons with drugs has been found sufficient for the 2d 1.1 b2 weapon was possessed and the court I don't believe that the court then went on to show or make this specific finding that it was necessarily possession possessed in connection with the offense so my my my um you're complaining about the articulation of whether the court recognized the difference is that your yes your honor because it is a very even though the court may have been correct you're saying he just didn't articulate it well and the court indicated that finding the 2d 1.1 b2 automatically foreclosed pursuing what language are you relying your honors in the court's finding and it's in the joint appendix volume 1 right here the the court states that because it is in the joint appendix volume 1 page 178 why I'm quoting that did in fact continue in the business of the distribution of marijuana until well after the conspiracy was completed assuming it was completed in February 2002 as charged and in connection with that criminal activity mr. Bolton possessed a firearm now isn't that an explicit finding on the gate your honor it could be if he were pursuing an analysis of the so-called safety valve requirements but you're saying based on jay a 178 the court indicates there's no need to pursue a separate analysis and that was incorrect to an incorrect understanding where the court says I do not find that mr. Bolton should receive plus two for possession of a dangerous weapon and at this point in time because of the weapon enhancement the safety valve would not otherwise apply regardless of where the court falls on acceptance of responsibility yes justice backer that is exactly the language we find that explained on 180 though on 180 near the top and the top few lines are you referring to where the court uses said in connection with this is what I find it was in connection with isn't that the explanation of why he didn't need to do a separate one well your honor without the court's clarification that he was then conducting the separate analysis I believe that that is insufficient respectfully I would argue that this court in the United States will versus Wilson case in 1997 remarked and considered that there needed to be an independent consideration of the apple applicability of the reduction from the enhancements and even if that's the case based on the entirety of the record even if there was error wouldn't it be harmless well I don't I respectfully argue that it would not be harmless in in that it gives the impression that there is an automatic disqualification from the second analysis which is an there needs to be a second analysis into those particular facts the language we have no indication I don't believe there's any indication that the language of saying in connection with was not just to show that because there was a substantial time difference between the conspiracy beginning and ending according to the indictment and then if perhaps a year later these long guns these rifle and shotgun were located in the home the court was in my opinion using that language to show that that was in continuation or it was relevant conduct in continuation of the prior offense and perhaps attempting to use relevant conduct to find in connection with I apologize your honor me can't the court use relevant conduct to determine whether it's in connection with certainly and that is what the court is allowed to do under the 2.1 did explicitly explaining that it was in connection with the court found explicitly with the words the possession of the gun was in connection with the commission the crime yes your honor and the comment you say on 178 could lead without further explanation to a notion that an automatic 2d finding I mean 2d automatically precludes the gate but I'm not sure the court's not really not saying in this case it doesn't there certainly is evidence to support what the district court I mean you don't agree with the conclusion in game two so that going back to judge Thacker's question about harmlessness you don't make any argument that the evidence was it would be insufficient if he had done this properly I can't say that your honor because it wasn't performed my concern is just that the language would tend to indicate that that is the law but you can't what do you mean you can't say it because it wasn't performed if it was performed with the evidence in this record have sufficed because we're going to determine whether it was performed or not well it's certainly the evidence in the record could have supplied could have perhaps suffice in the eyes of the court under a factual determination under the clear and error standard but my concern is just that it needs to be very clear that there are two separate evaluations that need to be made standards the 2d is easier to satisfy than correct your honor and an automatic finding of the 2d does not preclude the fact that a person could qualify under the 5c and that is that is the basis of argument we'll hear from mr. Smith please the court your honor in this case your honors in this case the government's position is as we set out in our brief that first the district court did not err in assessing the two-level enhancement nor did the court err in refusing to apply the safety valve adjustment which is what counsel has argued let me ask you this yes sir set aside my comment about 180 if the court says I find 2d satisfied therefore the defendant does not qualify for the safe are the gate that would be a problem wouldn't it it would it would be if the there is a somewhat of a difference yes sir yes your honor yes your honor but on these facts the court did not do that because of the way these facts are set out as the court is well aware this defendant continued in criminal activity he was pending sentencing in a federal case continued in criminal activity in as much as he set up the huge coke 2 kilo cocaine deal while pending sentencing in the marijuana case the gun was assessed after his arrest in the marijuana case the officers went into his house and found two guns one is stolen shotgun the other a rifle there in plain view was the shotgun along with the drugs and the money the district court in a we know where the shotgun was armed I do not we do not have those facts not in the record no sir it was however found him in plain view yes sir your honor those facts the district court analyzed taking into consideration relevant conduct and concluded not only was that was the firearm possessed as 2d 1.1 allows for the enhancement to apply unless it's clearly improbable that the defendant shows that it's clearly improbable that the firearm was connect connected to the offense so the court in making its finding as this court is noted and as the government noted in its brief the court said and in connection with the criminal activity mr. Bolton possessed a firearm that in connection with the criminal activity your honor not only satisfies 2d 1.1 but it also satisfies the requirement under 5c 1.2 while the court indicated that the safety valve adjustment did not apply the court was not skirting its responsibility your honor it's simply because of the way this case of the way these facts came out the defendants actions he put himself in a precarious situation all the way around in this case because of his continued criminal activity so the district court was careful in making its findings and in addition to the findings made in open court the district court then submitted a memorandum to clarify its findings to make sure that the reasoning and the overruling of the defendants objections regarding the safety valve adjustment and the foreign firearm enhancement were clear for this court your honor so the government's position is that the district court did not air regarding the enhancement under 2d 1.1 or as to its refusal to apply the safety valve adjustment under 5c I'll answer any other questions the court may have all right thank you thank you your honor I'm just to clarify I would like to argue that as the court has focused on the language on page 180 when the court does find that it was in connection with uses that specific language which is mirrored in the 5c 1.2 my reading of the court's language was that that was the court's way to overcome the time differential in trying to find that these weapons even though they were found after the named time of the conspiracy had ended that was the court's manner in which it used relevant conduct to connect those weapons or the that those weapons were possessed in the passive sense in connection with conspiracy very damning to your position because the court seemed to recognize unless it used the relevant conduct it could not make the finding in connection with and the court said he continued the marijuana conspiracy after his arrest and got engaged in this and I can I find that a relevant continuing conduct conspiracy so that the gun was possessed in connection with the crime he that's what his explanation for for making that finding so I that's pretty explicit way to go beyond just the simple 2d possession where the in connection with language is not present your honor and I understand your position and I respect it however in the court's paper file that was a tent in attempt to clarify their position the court spent the larger portion of its time in that memorandum explaining why the maintenance maintaining of a dwelling would be applicable to the case and then sort of as an aside said that those very for the possession of the firearm so the court didn't necessarily just another prong because if you're maintaining a house for the distribution of drugs and you have a gun as part of that operation that's in connection with yes your honor and I would just argue that the courts often in evaluating the 5c 1.2 elements look for an additional showing this court in the United States versus Shelton which does discuss a similar statute which talks about in connection with talks about a purchase of a weapon at the same time as the beginning of I believe it was counterfeiting the defendant was doing to then possess weapons so there is more than just the proximity there needs to be some sort of evidence with it has to be connected yes I mean you purchase a gun and you're undertaking a counterfeiting it may not be linked and to find in connection with you'd have to have some evidence that the reason the gun was purchased is in order to correct and in that case in this case we don't have that issue because the court found it an open view in the in the house where the drugs and money were and so forth and your honor I would just like I noticed that you represented the defendant below to yes your honor and that you filed a memorandum yes which you clearly made this distinction between can you show me where you argued it did you did you argue this point to the district court no your honor I chose to just let the court consider my briefs and we argued about the application of each individually but I did not particularly argue the fact that the court failed to do a separate analysis no no no not that it failed to but that there were two separate analysis did you argue that point um I believe I just submitted that on my written briefs and written objections as well because the court was sort of interactive with counsel I thought that might be informative no that was just a decision I decision I made at at sentencing there and I believed that it was clear that the court had already made that particular determination so I raised it in my appeal brief if the court has any other questions that's it I noticed your court appointed and I want to recognize that service it's very important as you know and we appreciate and thank you for your service thank you very much okay we'll come down and greet counsel and then go on to the next case
judges: Paul V. Niemeyer, Diana Gribbon Motz, Stephanie D. Thacker